89

WILLIAM COHN, Executor of the Estate of NETTIE B. COHN, deceased, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed October 11, 1973.*

MELVIN N. ROUTMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-64—Claimant )

BRINKMANN INSTRUMENTS, INC., Claimant, *vs.* STATE OF ILLINOIS, NATIONAL HISTORY SURVEY, Respondent.

*Opinion filed October 11, 1973.*

BRINKMANN INSTRUMENTS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.